UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLANJAY ABALOS,<br><br>　　　　　Defendant. | 2:12-CR-185-MMD-PAL |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ALLANJAY ABALOS**

On June 13, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant ALLANJAY ABALOS to the United States of America. Preliminary Order of Forfeiture, ECF No. 9.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) that the forfeiture of

. . .

. . .

the property named in the Preliminary Order of Forfeiture (ECF No. 9) is final as to defendant ALLANJAY ABALOS .

DATED this 17 day of September, 2012.

                                      UNITED STATES DISTRICT JUDGE